IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02271-LTB

ALEJANDRO HUERTA NAVARRO,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security,
TODD BLANCHE, Acting Attorney General of the United States,
TODD M. LYONS, Senior Official Performing the Duties of the Director of U.S.
     Immigration and Customs Enforcement,
ROBERT HAGAN, Field Office Director of the Denver Field Office of U.S. Immigration
     and Customs Enforcement and Removal Operations, and
JUAN BALTAZAR, Warden of the Aurora Contract Detention Center,

     Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 2, 2026, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

DATED at Denver, Colorado, this 2 day of July, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/G. Gillen
    Deputy Clerk